# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR397** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JERELL HAYNIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to review detention by defendant Jerell Haynie (Haynie) (Filing No. 15). Haynie was detained following a detention hearing on November 10, 2009. Haynie seeks release to his grandmother as a third party custodian. Much of Haynie's criminal arrest record was accumulated while he lived with his grandmother which does not indicate she had any control over his behavior. For the reasons stated in the detention order, Haynie should remain in detention pending disposition of this matter. His motion to review detention (Filing No. 15) is denied.

**IT IS SO ORDERED.**

Dated: November 23, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge