IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 MAR 11 PM 3: 57

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:09CR397 |
| Plaintiff, ) | |
| v. ) | ORDER |
| JERELL D. HAYNIE, ) | |
| Defendant. ) | |

This matter is before the Court on the government's motion to dismiss. Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, leave of the Court is granted for the dismissal without prejudice of the Indictment against the Defendant, JERELL D. HAYNIE.

IT IS ORDERED that the government's motion to dismiss is granted.

DATED this _11_ day of March, 2010.

BY THE COURT:

United States District Judge